IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Margaret Hart,<br><br>  Plaintiff,<br>vs.<br><br>Duncan Trucking Limited,<br><br>  Defendant. | No. CV-20-01186-PHX-SPL<br><br>**ORDER** |

Pursuant to the parties' stipulation,

**IT IS ORDERED:**

1. That the Stipulation of Dismissal (Doc. 26) is **granted**;

2. That this action is **dismissed with prejudice** in its entirety; and

3. That the Clerk of Court shall terminate this action.

Dated this 9th day of October, 2020.

Honorable Steven P. Logan
United States District Judge